1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   1:10-CV-00689-AWI-SKO
                                    )
12          Plaintiff,              )   **APPLICATION AND ORDER FOR**
                                    )   **PUBLICATION**
13      v.                          )
                                    )
14 APPROXIMATELY $5,900.00 IN U.S.  )
   CURRENCY,                        )
15                                  )
            Defendant.              )
16 _____ )

17      The United States of America, Plaintiff herein, applies for an order of publication as follows:

18      1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

19 Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

20 notice of the action to be given in a newspaper of general circulation or on the official internet

21 government forfeiture site;

22      2.      Local Rule 171, Eastern District of California, provides that the Court shall designate

23 by order the appropriate newspaper or other vehicle for publication;

24      3.      The defendant approximately $5,900.00 in U.S. Currency (hereafter "defendant

25 currency") was seized in the city of Kettlemen City, Kings County, California.   The Drug

26 Enforcement Administration published notice of the non-judicial forfeiture of the defendant currency

27 on December 28, 2009, January 4 and 11, 2010, in the *Wall Street Journal*.

28 ///

APPLICATION AND ORDER FOR PUBLICATION        1

4.      Plaintiff proposes that publication be made as follows:

a.      One publication;

b.      Thirty (30) consecutive days;

c.      On the official internet government forfeiture site www.forfeiture.gov;

d.      The publication is to include the following:

(1)      The Court and case number of the action;

(2)      The date of the seizure/posting;

(3)      The identity and/or description of the property seized/posted;

(4)      The name and address of the attorney for the Plaintiff;

(5)      A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6)      A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: April 15, 2010                        BENJAMIN B. WAGNER
                                             United States Attorney


                                             /s/ Deanna L. Martinez
                                             DEANNA L. MARTINEZ
                                             Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

**Dated:    April 23, 2010**                        **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE