BENJAMIN B. WAGNER
United States Attorney
RICHARD M. ELIAS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CV-00689-AWI-SKO |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| APPROXIMATELY $5,900.00 IN U.S. CURRENCY, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the parties have agreed to settle this civil forfeiture action. All dates set forth in the July 21, 2010, Scheduling Order should be vacated. Disposition documents will be filed no later than 21 days from the date this notice is filed, in accordance with Local Rule 160(b).

Dated: March 18, 2011
BENJAMIN B. WAGNER
United States Attorney

 /s/ Richard M. Elias
RICHARD M. ELIAS
Assistant United States Attorney

///

///

///

///

**ORDER**

Based on the Notice of Settlement and Good Cause appearing, this court hereby vacates all dates set forth in its July 21, 2010 scheduling order and hereby orders that the final dispositional documents in this case be filed on or before April 7, 2011.

IT IS SO ORDERED.

Dated:   March 22, 2011                                                                                                     
                                                            CHIEF UNITED STATES DISTRICT JUDGE