BENJAMIN B. WAGNER
United States Attorney
RICHARD M. ELIAS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CV-00689-AWI-SKO |
| Plaintiff, | ) | **FINAL JUDGMENT OF FORFEITURE** |
| v. | ) | |
| APPROXIMATELY $5,900.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1.      This is a civil forfeiture action against defendant approximately $5,900.00 in U.S. Currency (hereafter "defendant currency").

2.      A Verified Complaint for Forfeiture *In Rem* was filed on April 15, 2010, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3.      On April 21, 2010, the Clerk issued a Warrant for Arrest for the defendant currency, which was duly executed on April 22, 2010.

4.      Beginning on April 24, 2010, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on July 19, 2010.

///

5.      In addition to public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to Cuauhtemoc Delamora.

6.      Claimant Cuauhtemoc Delamora filed a claim to this action.  No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1.      The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.      Judgment is hereby entered against Cuauhtemoc Delamora and all other potential claimants who have not filed claims in this action.

3.      Upon entry of a Final Judgment of Forfeiture herein, $2,950.00 of the approximately $5,900.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.      Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days thereafter, $2,950.00 of the approximately $5,900.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to claimant Cuauhtemoc Delamora through his attorney Victor M. Perez at 1304 W. Center Street, Visalia, California 93291, (559) 625-2626.

5.      Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are hereby released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties to this stipulation agree to waive the provisions of California Civil Code § 1542.

6.      There was reasonable cause for the seizure and arrest of the defendant currency and that the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

7.      All parties are to bear their own costs and attorneys' fees.

8.     The Court shall maintain jurisdiction to enforce the terms of the Final Judgment of Forfeiture.

9.     There are no other terms or conditions other than those specified herein.


<u>CERTIFICATE OF REASONABLE CAUSE</u>

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed April 15, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of the defendant currency.


IT IS SO ORDERED.

Dated:   April 5, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

Final Judgment of Forfeiture